UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: MATTHEW GRAY
1698 OLE COUNTY ROAD
DEATSVILLE, AL 36022

CASE NO: 15-31124-DHW

Soc. Sec. No. XXX-XX-5690
Debtor.

## INCOME WITHHOLDING ORDER

TO: MONTGOMERY STOCKYARDS LLC
ATTN PAYROLL
P O BOX 266
HOPE HULL, AL 36043

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that MONTGOMERY STOCKYARDS LLC withhold from the wages, earnings, or other income of this debtor the sum of **$45.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-31124-DHW MATTHEW GRAY
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, May 5, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge