## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MATTHEW GRAY<br>SSN: XXX-XX-5690<br><br><br><br>Debtor(s) | Case No. 15-31124-DHW<br>Chapter 13 |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE.** Responses must be filed electronically with the Clerk or by U.S. Mail addressed to: Clerk of the **Bankruptcy Court, One Church Street, Montgomery, AL 36104.**

### TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

COMES NOW, the Trustee in the above styled case, and objects to the debtor(s) claim of exemptions. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on April 30, 2015.
2. The debtor(s) §341 Meeting of Creditors was held June 18, 2015.
3. This objection is timely filed pursuant to Federal Bankruptcy Rule 4003(b).
4. The debtor(s) have claimed a $1.00 exemption in a checking account pursuant to §6-10-6, Code of Alabama. Pursuant to the cases of Allen v. Green, 31 F.3d 1098 (11th Cir. 1994), and Taylor v. Freeland and Kronz, 503 U.S. 638, (1992), the Trustee objects to the exemption itself and moves that this Honorable Court deny the claim of exemption to the extent that the debtor(s) is attempting to exempt more than the actual $1.00 amount or to the extent this $1.00 claim is attempting to exempt an "unknown" amount.

WHEREFORE, the above premises considered, the Trustee respectfully requests the court deny the debtor(s) claim of exemptions as filed.

Respectfully submitted this Thursday, 16 July, 2015.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | By: /s/ *Curtis C. Reding*<br>Curtis C. Reding<br>Chapter 13 Trustee |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Claim of Exemptions on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Thursday, 16 July, 2015.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>     JOSHUA C MILAM | /s/ Curtis C. Reding<br>Curtis C. Reding<br>Chapter 13 Trustee |